## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Jeffrey M. Scanlon,                                                      Civil No. 05-2580 (RHK/AJB)

      Plaintiff,                                                                         **ORDER**

vs.

Brown Institute, LTD, a/k/a
Brown College

      Defendant.

_____

Based on the Stipulation of the parties, **IT IS ORDERED** that this action is hereby

**DISMISSED WITH PREJUDICE**, and without costs to any party**.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 6, 2006.

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge